UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

HENRY FISHER                                    CIVIL ACTION

VERSUS                                          NO: 06-2858

N. BURL CAIN, WARDEN                            SECTION: "S" (6)

## ORDER

**IT IS HEREBY ORDERED** that the petition of Henry Fisher for issuance of a writ of *habeas corpus*, pursuant to 28 U.S.C. § 2254, is **DENIED WITH PREJUDICE**.

The court has considered the petition, the record, the applicable law, the report and recommendation of the United States magistrate judge, and the objections to the magistrate judge's report and recommendation. The objections to the report and recommendation are overruled. Fisher objects to the magistrate judge's "entire" report and recommendation with conclusory assertions, but he fails to adequately address specific errors.[1] The court approves and adopts the report and recommendation of the magistrate judge.

New Orleans, Louisiana, this 25th day of March, 2009.

*Mary Ann Vial Lemmon*
**MARY ANN VIAL LEMMON**
**UNITED STATES DISTRICT JUDGE**

---

[1] At the conclusion of his objections to the report and recommendation, Fisher alleges for the first time that he was exposed to the improper review practices of the Louisiana Court of Appeal for the Fifth Circuit. The issue is not properly before this court because it was not exhausted in State court or raised in the federal § 2254 petition.